AO 467 (Rev. 9/03) Order for Defendant to Appear


FILED IN OPEN COURT
ON 10/5/11
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NORTH CAROLINA_____

UNITED STATES OF AMERICA
V.

CHARLES W. WALLACE

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:11-MJ-1700

CHARGING DISTRICTS CASE NUMBER: CR 11-50082

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of __SOUTH DAKOTA__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
515 9TH ST., RAPID CITY, SD. on MONDAY, OCTOBER 24, 2011 AT 1:30 PM .
*Date and Time*

```
*Defendant to appear at the Probation Office in the same
 building at 9:00am (MT) on the same day
```

_____
Signature of Judge

5 OCTOBER 2011
*Date*

JAMES E. GATES, USMJ
*Name and Title of Judge*